FILED
CLERK, U.S DISTRICT COURT

MAR 13 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ___AF___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD DONALDO RAMIREZ-MARTINEZ,<br><br>Defendant. | Case No.  CR 23-0649-HDV<br>Case No.  CR 24-160-RGK ✓<br><br>ORDER OF DETENTION |

I.

On March 13, 2024, Defendant, assisted by a Spanish language interpreter, made his initial appearance on the indictments filed in the above referenced cases. Carlos Juarez, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Lyndsy Alsop. Defendant submitted on the recommendation of detention in the report prepared by Probation and Pretrial Services.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing, the arguments of counsel, the report prepared by U.S. Probation and Pretrial Services, and its recommendation.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Defendant has no family ties to the Central District of California, is a citizen of Mexico, and has family ties to Mexico
- ☒ Background information is unverified and there are no bail resources.
- ☒ unstable residential history
- ☒ Defendant has multiple name variations and dates of birth

As to danger to the community:

- ☒ allegations involve bank fraud and aggravated identity theft and felon in possession of firearm.
- ☒ history of substance abuse
- ☒ Defendant is subject to a protection order naming his ex-girlfriend which was issued on May 15, 2023
- ☒ Criminal history includes convictions for firearms and narcotics.

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.
[18 U.S.C. § 3142(i)]

Dated: March 13, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE